UNITED STATES STEEL CORP., PLAINTIFF-RESPONDENT, CROSS-PETITIONER, v. B. J. LUCARELLI & CO., INC., DEFENDANT, AND HOUSING AUTHORITY OF THE CITY OF ELIZABETH, DEFENDANT-RESPONDENT AND CONTINENTAL CASUALTY CO., DEFENDANT-PETITIONER, CROSS-RESPONDENT.

*Mr. Louis Auerbacher, Jr.* for the petitioner, cross-respondent.

*Messrs. Stryker, Tams & Dill, Mr. John J. Monigan, Jr.,* and *Mr. Stephen H. Knee* for the respondent, cross-petitioner.

*Mr. Seymour S. Lichtenstein* for the respondent.

September 17, 1968. Denied.

WILMA E. MUENCH, *ET AL.,* PLAINTIFFS-RESPONDENTS, v. MEDFORD LAKES CO., *ET AL.,* (INCLUDING THE COUNTY OF BURLINGTON, THE SOLE PETITIONER), DEFENDANT-PETITIONER.

*Messrs. Orlando & Cummins* for the petitioner.

*Messrs. Powell & Davis* for the respondents.

September 17, 1968. Denied.